IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MYRON THOMPSON
ADC #158313                                      **PLAINTIFF**

v.                        No. 5:19-cv-18-DPM

WENDY KELLEY, Director, ADC;
DARRYL GOLDEN, Warden, Delta
Regional Unit;   LINDA DYKES,
Deputy Warden, Delta Regional Unit;
PERCY ARNOLD, Major, Delta Regional
Unit;   and TONDA SPENCER,
Lieutenant, Delta Regional Unit          **DEFENDANTS**

## ORDER

Unopposed recommendation, № 17, adopted.    FED. R. CIV.

P. 72(b) (1983 addition to advisory committee notes).    Motion for

summary judgment, № 12, granted.    Thompson's claims will be

dismissed without prejudice for failure to exhaust.

So Ordered.

_DPMarshall J._
D.P. Marshall Jr.
United States District Judge

_6 August 2019_