IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MYRON THOMPSON
ADC #158313                                                      PLAINTIFF

v.                        No. 5:19-cv-18-DPM

WENDY KELLEY, Director, ADC;
DARRYL GOLDEN, Warden, Delta
Regional Unit;   LINDA DYKES,
Deputy Warden, Delta Regional Unit;
PERCY ARNOLD, Major, Delta Regional
Unit;   and TONDA SPENCER,
Lieutenant, Delta Regional Unit                                  DEFENDANTS

## JUDGMENT

Thompson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 August 2019